DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. PARKER

No. 71P89.

Case below: 89 N.C. App. 724.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 4 May 1989.

STATE v. ROBERSON

No. 147P89.

Case below: 93 N.C. App. 83.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 May 1989.

STATE v. STURGILL

No. 96P89.

Case below: 92 N.C. App. 599.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 May 1989.

STATE v. WELLS

No. 35A89.

Case below: 92 N.C. App. 282.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 4 May 1989.

STATE v. WISE

No. 161PA89.

Case below: 93 N.C. App. 305.

Petition by Attorney General for writ of supersedeas and temporary stay allowed 24 April 1989. Petition by the Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 4 May 1989.